**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSE DESRAVINES, and GISLENE LAURORE,**

          **Plaintiffs,**

**-vs-**                                            **Case No. 6:11-cv-235-Orl-22DAB**

**FLORIDA DEPARTMENT OF FINANCIAL SERVICES, FLORIDA DEPARTMENT OF LAW ENFORCEMENT, DETECTIVE LAQUANDA S. COACHMAN, DETECTIVE JOHN SAVINO, JUDGE WAYNE SHOEMAKER, BRISTOL WEST INSURANCE SERVICES, INC. OF FLORIDA, SECURITY NATIONAL INSURANCE COMPANY, AIG INSURANCE/NEW HAMPSHIRE INDEMNITY COMPANY, INC., 21ST CENTURY SECURITY INSURANCE COMPANY, FLORIDA INSURANCE & FINANCIAL SERVICES, ELIE ENEL, PATRICK LUBIN, GLOABAL INSURANCE AGENCY ALLIANCE, L.L.C., BETTY MUIGAI, STATE ATTORNEY'S OFFICE, JANE DOES, JOHN DOES,**

          **Defendants.**

_____

**ORDER**

This cause is before the Court on Plaintiff Jose Desravines' Application to Proceed In Forma Pauperis (Doc. No. 2) filed on February 11, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.  Further the Court notes that Plaintiffs requests additional time to file an Amended Complaint and Motion to Proceed In Forma Pauperis (Doc. No. 4).

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 23, 2011 (Doc. No. 3) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff Jose Desravines' Application to Proceed In Forma Pauperis (Doc. No. 2) is DENIED without prejudice.

3. Plaintiffs Motion for Extension of Time to File the Amended Complaint and Motion to Proceed In Forma Pauperis (Doc. No. 4) is GRANTED.

4. Plaintiffs are given leave to file an Amended Complaint that asserts §1983 claims only against the arresting officers no later than July 12, 2011.

3. Each Plaintiff shall file a separate, fully completed Application to Proceed In Forma Pauperis setting forth all income and assets no later than July 12, 2011.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 8, 2011.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Unrepresented Parties

-3-